UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

VS.

Case: 1:07-cv-00899
Assigned To : Leon, Richard J.
Assign. Date : 05/14/2007
Description: FOIA/PRIVACY ACT

BUREAU OF ALCOHOL,

TOBACO FIREARMS AND

EXPLOSIVES.

(DIRECTOR: CARL J. TRUSCOTT)

650 MASSACHUSETTS AVE., N.W.,

ROOM 6100., WASHINGTON, DC. 20226

COMPLAINT

RECEIVED
APR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## COMPLAINT

This is [a] complaint and [a] demand request for [a] trial by jury for monetary damages amount of, "fifty" thousand dollars", ($50,000) against thee, Bureau of Alcohol, Tobaco Firearms and Explosives, in regards to, "attorneys fees", defendants are in violation of the, (FOIA) Freedom of Information Act, when (Plaintiff-Petitioner) applied for "gun restoration previlages", "90 days" have pasted from the request for such, "gun restoration previlages" without [a] respond from the defendants or their representatives. [P]ursuant to the, U.S. Federal Const. Amendts., U.S.C.A. Const. Amends., and articles of said Constitutions also statutory authority and (CFR's) Code of Federal Regulations, Plaintiff is entitled to the monetary demand within the complaint, as stated with [a] jury trial demand request.

Respectfully submitted,

John T. Pickering-George (Federally Adopted) John R. Daley, Jr.
John T. Pickering-George (Fed. Adopt.) John R. Daley, Jr.

PRO SE

2726 Decatur Ave. Apt. #3
Bronx N.Y. 10458

To: THE U.S. DISTRICT COURT,                              DATE: 3/17/2007
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001

To: COURTS CLERK, NANCY MAYER WHITTINGTON

RE: FAILURE TO RESPOND, TO PETITIONERS, PETITION FOR,
"GUN RESTORATION PREVILAGES", U.S. FEDERAL CONST. AMENDts. 1, 5, 14, 1, 5
U.S. FEDERAL CONST. ARt. I, §8, cl. 1., U.S. FED. CONST. ARt. I, §9, cl. 7.,
28 U.S.C.A. §§ 2412, 2414., 18 U.S.C.A. §§ 925(c)(d)(3)(4)(e)(2), 925A(2).,
5 U.S.C.A. § 552(a)(4)(E)

TRANSMITT   To: BUREAU OF ALCOHOL, TOBACO FIREARMS AND EXPLOSIVES
            650 MASSACHUSETTS AVE., N.W., ROOM 6100.,
            WASHINGTON, DC. 20226

To: DIRECTOR: CARL J. TRUSCOTT

TRANSMITT   To: U.S. DEPARTMENT OF JUSTICE
            ATTORNEY GENERAL.
            950 PENNSYLVANIA AVE., N.W.
            WASHINGTON, DC. 20530

[1]                                          [NUMBER OF PAGES: 8]

TRANSMITT TO: DEPARTMENT OF TREASURY

AND THE TORT BRANCH, CIVIL DIVISION

1500 PENNSYLVANIA AVE. N.W.

WASHINGTON, D.C. 20220.

FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX, NY 10458

[N]OW HERE COMES, (PLAINTIFF-PETITIONER),
JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
(D.O.B. -12/23/63), UNITED STATES VIRGIN ISLANDS,
CHARLOTTE AMALIE, ST. THOMAS. PRO SE AND "MOTIONS"
TO THE COURT, IN REGARDS TO, GOVERNMENT NOT
RESPONDING TO, (PLAINTIFF-PETITIONER) PETITION

FOR GUN RESTORATION PRIVELAGES, PURSUANT TO, *******
U.S. FEDERAL CONST. AMENDTS. 1, 5, 14, 1, 5., . . . . . . .
U.S. FEDERAL CONST. ART. I, §8, cl.1., . . . . . . .
U.S. FEDERAL CONST. ART. I, §9, cl.7., 28 U.S.C.A. §§ 2412, 2414.,
18 U.S.C.A. §§ 925(c)(d)(3)(4)(e)(2), 5 U.S.C.A. § 552(a)(4)(E)

[2]

\*\*\*\*\*\*\* [P]URSUANT TO, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5., GOVERNMENT SHALL NOT ABRIDGE OR SUPPRESS SPEECH, LIBERTY INTREST, "DUE PROCESS, GARUNTEED DUE PROCESS" "CONSTITUTIONAL RIGHTS", SUPPRESSION OF SPEECH, REGULATION MUST BE NARROWLY TAILORED TO SERVE SIGNIFICANT GOVERNMENTAL INTEREST AND LEAVE OPEN AMPLE ALTERNATIVE FOR COMMUNICATION OF INFORMATION,

U.S. FEDERAL CONST. AMENDT. 1., 28 U.S.C.A. §§ 1331, 1367(a)., 18 U.S.C.A. §§ 241, 242, 925(c) "UNDER COLOR OF LAW", 5 U.S.C.A. § 552(a)(4)(E) (FOIA) FREEDOM OF INFORMATION ACT, PLAINTIFF-PETITIONER "DID NOT", RECEIVE ANY RESPONSE, (90 DAYS) AFTER "FILING" [A] PETITION TO (ATF) FOR GUN RESTORATION PREVILAGES, 5 U.S.C.A. § 552(a)(4)(E) (FOIA) FREEDOM OF INFORMATION ACT.., NEVER RECEIVED ANY "RESPONSE, STATUS" \*\*\*\*\*\*\* CROOKER-V-UNITED STATES DEPT. OF TREASURY: 663 F.2d 140 (1980) 141--142, PRO SE PLAINTIFF-PETITIONER "MOTIONS" FOR "ATTORNEY FEES" FOR FAILURE TO RESPOND, FOR THE SUM OF, $50,000. FIFTY THOUSAND DOLLARS,

\*\*\*\*\*\*\* "MANDATED", BECAUSE "THE FEDERAL GOVERNMENT AND ITS AGENCIES" ARE NOT IMMUNE FROM SUIT PURSUANT TO, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5., U.S.C.A. CONST. AMENDS., LYNCH-V-UNITED STATES: 292 U.S. 571-589, 571-572 "INDEX", CONCLUSION: 589 —

[3]

AND SABRI -V- UNITED STATES: 541 U.S. 600-610, 600-602, 602-610, CONCLUSION: 608-610, U.S. FEDERAL Const. Art. I, § 8, cl. 1., U.S. FEDERAL Const. Art. I, § 8, cl. 18., U.S.C.A. Const. AMEND. Art.,

\*\*\*\*\*\* "PUBLIC MONEYS", U.S. FEDERAL Const. Art. I, § 8, cl. 1., "APPROPRIATIONS CLAUSE", U.S. FEDERAL Const. Art. I, § 9, cl. 7., U.S.C.A. Const. AMEND. Art. AND 28 U.S.C.A. §§ 2412, 2414. [B] 4 NOT RESPONDING, IN REGARDS TO [A] PETITIONERS, PETITION TO THEE, BUREAU OF ALCOHOL, TOBACO FIREARMS AND EXPLOSIVES, (BATFE), ILLINIOS -V- ABBITT + ASSOCIATES -INC: 75 L Ed 2d 281-923, 281-282 "SUMMARY" APPLIES TO SUIT AGAINST OTHER OFFICIALS, . . . .

NATHAN -V- ATTORNEY GENERAL OF UNITED STATES: - - - 557 F. SUPP. 1186 (1983) AT # 1187-1190, CONCLUSION: 1190- -1191, ATTORNEY GENERAL REFUSAL TO INVESTIGATE, TO FORCE, ATTORNEY GENERAL TO CARRY OUT HIS STATUTORY DUTIES IN GOVERNMENT ACT. "ETHICS IN GOVERNMENTAL ACTS", . . . . . ,
IN RE CERTAIN COMPLAINS UNDER INVESTIGATION: - - - 783 F.2d 1488, 1505-1515, 1515-1516 (C.A. 11, 1986), CONCLUSION: 1525-1526.

[4]

\*\*\*\*\*\*\* THE GOVERNMENT HAS THE RESPONSIBILITY, SPECIAL RESPONSIBILITY TO ENSURE THE INTEGRITY OF CIVIL + CRIMINAL "PROCESS" BY LIVING UP TO THE "CODE OF PROFESSIONAL ETHICS" AND "FAIR PLAY" AT "ALL TIMES". "MANDATORY INJUNCTION AFFIRMATIVE INJUNCTION, "GOVERNMENT PROPRITY CAPACITY", PURSUANT TO, U.S. FEDERAL CONST. ART. 3, § 1 CONGRESS SUIT AGAINST THE STATE, U.S. FEDERAL CONST. ART. I., § 8 cl. 18 "SWEEPING CLAUSE".

\*\*\*\*\*\*\* DENIAL OF ACCESS TO THE COURT VIOLATION BY NOT RESPONDING PURSUANT TO, U.S. FEDERAL CONST. ART. 4, § 2, cl. 1, ........ U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5., GOVERNMENT IS NOT IMMUNE FROM SUIT. "CONSTITUTIONAL CLAIMS", ANY ACT OF CONGRESS OR ANY REGULATION OF EXECUTIVE DEPARTMENT CONGRESS WAIVED SOVERIGN IMMUNITY, THE FEDERAL GOVERNMENT DEFENSE, ........ UNITED STATES -V- MITCHEL: 463 U.S. 206, 212-218 (1983) AND BOWEN -V- MASSACHUSETTS: 487 U.S. 879, 891-892.

[5]

ENCLOSING PLAINTIFF-APPELLANT PRAYS FOR THE ENCLOSED MEMORANDUM OF LAW TO BE GANTED AND THE DISBURSMENT OF MONETARY DEMAND, PURSUANT TO THE MANDATED AUTHORITY IN ACCORDANCE WITH THE MEMORANDUM OF LAW.

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAIRS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.*

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

CC/FILE

DATED: 3/17/2007

J.T.P.G.(FED. ADOPT.) J.R.D.JR.

[6]

## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR), OF, 3RD MONTH, 17TH DAY, 2007TH YEAR. "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, FAILURE TO RESPOND, TO PETITIONERS, PETITION FOR "GUN RESTORATION PREVILAGES".

[T]O THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001, COURTS CLERK NANCY MAYER WHITTINGTON AND TO BE "TRANSMITTED" TO THEE, BUREAU OF ALCOHOL, TOBACO FIREARMS AND EXPLOSIVES, 650 MASSACHUSETTS AVE, N.W., ROOM 6100, WASHINGTON, DC. 20226. AND ANY OTHER ADMINISTRATIONS, ****** BECAUSE OF PLAINTIFF-PETITIONERS "INDIGENCY", U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1,5 DUE PROCESS + GARUNTEED DUE PROCESS {14}{1,5}, {14}{5}, ORTWEIN-V-SCHWAB: 35 LEd 2d 834-837, BODDIE-V-CONNECTICUT: 401 U.S. 371 CONFORMED TO, 329 F. SUPP 844. THE PRO SE PARTY RECORD FOR EACH PARTY. (BY HAND/BY REGULAR MAIL).

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FED. ADOPT.) John R. Daley Jr.*

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY II

CC/FILE

DATED: 3/17/07

J.T.P-G (FED. ADOPT.) J.R.D, JR.

PRO SE

2726 DECATUR AVE- APT. #3

BRONX NY. 10458

[7]

FROM: JOHN T. PICKERING-GEORGE
(FORMALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX, NY. 10458

[NUMBER OF PAGES: 12]

[MAILED OUT ON: 4/ /2007]

TO: CLERK'S OFFICE,
U.S. DISTRICT COURT,
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

LEGAL MAIL



# LEGAL MAIL

To: THE, U.S. DISTRICT COURT,
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

To: COURT'S CLERK, NANCY MAYER WHITTINGTON

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 8]

[MAILED OUT ON: 3/19/2007]

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

07-899
RJL

### I (a) PLAINTIFFS

John T. Pickering-George 8888/

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 8888/
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (NP)

### DEFENDANTS

ATF

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-00899
Assigned To : Leon, Richard J.
Assign. Date : 05/14/2007
Description: FOIA/PRIVACY ACT

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZEN
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A.** *Antitrust*
☐ 410 Antitrust

**☐ B.** *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E.** *General Civil (Other)* OR **☐ F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE        SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd