**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Carl J. Truscott, Director
Bureau of Alcohol, Tobacco, Firearms &
  Explosives
600 Mass. Ave., NW, Rm. 6100
Washington, DC 20001

Civil Action, File Number __07-899  RJL__

__John T. Pickering-George__
V.
__Bureau of Alcohol, Tobacco,__
__Firearms & Explosives, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...] pose. Keep copy 3 for your records.

[...]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [o]ther entity, you must indicate under your signature your relationship to that entity. If [a]uthorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ___ days, you (or the party on whose behalf you [i]ncurred in serving a summons and complaint in any other manner permitted by law.

[I]f this form, you (or the party on whose behalf you are being served) must answer the [...] were sent. If you fail to do so, judgment by default will be taken against you for the

[N]otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

[...]OF RECEIPT OF SUMMONS AND COMPLAINT
[...]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense