UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. PICKERING-GEORGE,<br><br>    Plaintiff,<br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | Civil Action No. 07-0899 (RJL) |

NOTICE OF APPEARANCE

  The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Federal Defendant in the above-captioned case.

               Respectfully submitted,

                /s Sherease Louis
               SHEREASE LOUIS
               Special Assistant United States Attorney
               555 Fourth St., N.W.,
               Washington, D.C.  20530
               202-307-0895/ FAX 202-514-8780
               sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

JOHN T. PICKERING-GEORGE
2726 Decatur Avenue
Apartment 3
Bronx, NY 10458
*pro se*

on this 6th day of June, 2007.

                                                  /s Shearease Louis
                                                  SHEREASE LOUIS
                                                  Special Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Civil Division
                                                  555 4th Street, N.W.,
                                                  Washington, D.C. 20530
                                                  (202) 307-0895