

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

June 6, 2007

VIA FIRST-CLASS MAIL

JOHN T. PICKERING-GEORGE
2726 Decatur Avenue
Apartment 3
Bronx, NY 10458

        Re:    **Pickering-George v. Bureau of Alcohol, Tobacco, Firearms and Explosives,
Civil No.: 07-0899 (RJL)**

Dear Mr. Pickering-George,

    Pursuant to the provisions of 28 U.S.C. § 636(c)(3), the parties may elect to proceed, for all purposes, before a Magistrate Judge. The advantages of electing to proceed before a Magistrate Judge are described in the attached "Notice of Right to Consent to Trial Before United States Magistrate Judge." I have signed the Consent form agreeing to proceed in front of the Magistrate Judge in this matter.

    Please review the enclosed election form, entitled "Consent to Proceed Before a United States Magistrate" and, if you so elect, please sign the form and return it to me in the enclosed postage-prepaid envelope. I will file the Consent form with the Court.

                                Sincerely,
                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY

        By:                          */s/*
                                Sherease Louis
                                Special Assistant United States Attorney

Enclosures



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. PICKERING-GEORGE,           )<br>                                                          )<br>           Plaintiff,                             )<br>   v.                                                    )   Civil Action No. 07-0899 (RJL)<br>                                                          )<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS )<br>AND EXPLOSIVES,                           )<br>                                                          )<br>           Defendant.                           )<br>_____)| |

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(C)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial

_____        _____
Attorney for the Plaintiff                               Date

*[signature]*
Sherease Louis, SAUSA                               June 6, 2007
Attorney for the Defendants                       Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(C)(3) and the foregoing consent of the parties.

_____        _____
United States District Judge                        Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

**WHAT IS THE PROCEDURE?**

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are <u>not</u> foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

**WHAT IS THE ADVANTAGE?**

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

June 6, 2007

<u>VIA FIRST-CLASS MAIL</u>

JOHN T. PICKERING-GEORGE
2726 Decatur Avenue
Apartment 3
Bronx, NY 10458

    Re:    <u>Pickering-George v. Bureau of Alcohol, Tobacco, Firearms and Explosives,</u>
             Civil No.: 07-0899 (RJL)

Dear Mr. Pickering-George,

      Pursuant to the provisions of 28 U.S.C. § 636(c)(3), the parties may elect to proceed, for all purposes, before a Magistrate Judge. The advantages of electing to proceed before a Magistrate Judge are described in the attached "Notice of Right to Consent to Trial Before United States Magistrate Judge." I have signed the Consent form agreeing to proceed in front of the Magistrate Judge in this matter.

      Please review the enclosed election form, entitled "Consent to Proceed Before a United States Magistrate" and, if you so elect, please sign the form and return it to me in the enclosed postage-prepaid envelope. I will file the Consent form with the Court.

                                  Sincerely,
                                  JEFFREY A. TAYLOR
                                  UNITED STATES ATTORNEY

                By:   /s/
                                  Sherease Louis
                                  Special Assistant United States Attorney

Enclosures



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. PICKERING-GEORGE,           )<br>                                     )<br>          Plaintiff,                )<br>     v.                              ) Civil Action No. 07-0899 (RJL)<br>                                     )<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS )<br>AND EXPLOSIVES,                     )<br>                                     )<br>          Defendant.                )<br>_____) | |

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(C)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial

_____         _____
Attorney for the Plaintiff              Date

_/s/_____        _____
Sherease Louis, SAUSA                   June 6, 2007
Attorney for the Defendants             Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(C)(3) and the foregoing consent of the parties.

_____         _____
United States District Judge            Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE
        CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99