UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. PICKERING-GEORGE,         )<br>                                                           )<br>                       Plaintiff,            )<br>            v.                                        )   Civil Action No. 07-0899 (RJL)<br>                                                           )<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS )<br>AND EXPLOSIVES,                     )<br>                                                           )<br>                       Defendant.         )<br>                                                           ) | |

**DEFENDANT'S NOTICE OF CONSENT TO
PROCEED BEFORE A MAGISTRATE JUDGE**

Defendant has agreed to proceed with this matter before a Magistrate Judge for all purposes and has, through the undersigned, executed the Consent form. In order for this matter to be referred to a Magistrate Judge for all purposes, however, the Plaintiff must also consent. Accordingly, Defendant has mailed a copy of the consent form to Plaintiff for his review and approval. *See* Gov. Exh. A.

Dated: June 6, 2007.                    Respectfully submitted,

                                                       ____Jeffrey A. Taylor_____
                                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                       United States Attorney

                                                       ____Rudolph Contreras_____
                                                       RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                       Assistant United States Attorney

                                                       ____s/Sherease Louis_____
                                                       SHEREASE LOUIS
                                                       Special Assistant United States Attorney
                                                       United States Attorney's Office
                                                       555 4th Street, N.W.
                                                       Washington, D.C. 20530
                                                       (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN T. PICKERING-GEORGE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0899 (RJL) |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Defendant's Notice of Consent to Proceed Before a Magistrate Judge was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

JOHN T. PICKERING-GEORGE
2726 Decatur Avenue
Apartment 3
Bronx, NY 10458

on this 6th day of June, 2007.

                                                /s Sherease Louis
                                            SHEREASE LOUIS
                                            Special Assistant United States Attorney
                                            United States Attorney's Office
                                            Civil Division
                                            555 4th Street, N.W.,
                                            Washington, D.C. 20530
                                            (202) 307-0895