To: THE, U.S. DISTRICT COURT

   FOR THE DISTRICT OF COLUMBIA

   U.S. COURTHOUSE

   333 CONSTITUTION AVENUE, N.W.

   WASHINGTON, D.C. 20001

DATE: 6/15/07

To: COURTS CLERK, NANCY MAYER WHITTINGTON

RE: CIVIL ACTION NO. 07-0899 (RJL),

   JOHN T. PICKERING-GEORGE

          PLAINTIFF

   V.

   BUREAU OF ALCOHOL, TOBACCO,

   FIREARMS AND EXPLOSIVES

          DEFENDANT.



"NOT CONSENTING" TO PROCEED WITH [A] MATTER BEFORE A MAGISTRATE JUDGE FOR ALL PURPOSE, PURSUANT TO, 28 U.S.C. § 636(c)(3), ALSO, "WITH MOTION" IN ACCORDANCE WITH, FED. R. CIV. PROC. RULES. 43(a)(e) AND 50(a)(b)

[NUMBER OF PAGES: 10]

[NUMBER OF "PAGES" EXHIBITS: 22]

[1]

TO: U.S. DEPARTMENT OF JUSTICE                          DATE: 6|15|07

U.S. ATTORNEY

DISTRICT OF COLUMBIA

JEFFREY A. TAYLOR, DC. BAR # 498610 .,

RUDOLPH CONTRERAS, DC. BAR # 434122 .,

AND SHEREASE LOUIS

JUDICIARY CENTER

555 4TH STREET, N.W.

WASHINGTON, DC. 20001


RE: CIVIL ACTION NO. 07-0899 (RJL)

PICKERING-GEORGE -V- BUREAU OF ALCOHOL, TOBACCO, FIREARMS + EXPLOSIVES.


"NOT CONSENTING" TO PROCEED WITH [A] MATTER BEFORE

A MAGISTRATE JUDGE FOR ALL PURPOSES, PURSUANT TO,

28 U.S.C. § 636 (C)(3)., ALSO, " WITH MOTION" IN

ACCORDANCE WITH,

FED. R. CIV. PROC. RULES. 43(a)(e) AND 50(a)(b)


[2]

TRANSMITT TO: ATTORNEY GENERAL OF UNITED STATES,

U.S. DEPARTMENT OF JUSTICE,

950 PENNSYLVANIA AVE, N.W.

WASHINGTON, DC. 20530


TRANSMITT TO: "THE, TORT BRANCH", CIVIL DIVISION"

DEPARTMENT OF TREASURY

1500 PENNSYLVANIA AVE. N.W,

WASHINGTON DC. 20220


FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX, NY 10458



[N]OW HERE COMES, PLANTIFF PRO SE
JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
"WITH MOTION" IN REGARDS TO, DEFENDANTS NOTICE
OF CONSENT TO PROCEED BEFORE [A] MAGISTRATE
JUDGE, PURSUANT TO, 28 U.S.C. § 636(c)(3).


[3]

DATED: JUNE 6, 2007., CIVIL ACTION No. 07-0899(RJL),
JOHN T. PICKERING-GEORGE -V- BUREAU OF ALCOHOL, TOBACCO, FIRE ARMS, & EXPLOSIVES

[I]N WHICH WAS SUBMITTED WITH CONSENT RETURN
BY, U.S. ATTORNEY, JEFFREY A. TAYLOR.,
RUDOLPH CONTRERAS, ASSISTANT U.S. ATTORNEY AND
SHEREASE LOUIS, SPECIAL ASSISTANT U.S. ATTORNEY.
U.S. ATTORNEY'S OFFICE, 555 4TH STREET, N.W.,
WASHINGTON, DC. 20530.

* * * * * * * [P]LAINTIFF, "WITH MOTION", RESPONSE TO DEFENDANTS
NOTICE OF CONSENT TO PROCEED BEFORE [A] MAGISTRATE
JUDGE, [P]URSUANT TO THE, TAKING OF TESTIMONY
AND EVIDENCE ON MOTIONS, FRCP. RULE. 43(a)(e).
PLAINTIFFS PROOF OF DEFENDANT NOT RESPONDING TO
PLAINTIFFS PETITION, PURSUANT TO,
18 U.S.C.A. §§ 925(c),(d)(3),(4)(e)(2)., 925A(2) "GUN
RESTORATION PREVILAGES". IN VIOLATION OF, (FOIA)
FREEDOM OF INFORMATION ACT, 5 U.S.C.A. § 552(a)(4)(E),
CROOKER -V- U.S. DEPT. OF TREASURY: 663 F.2d 140(1980) 141-142
PRO SE PARTY. "ATTORNEY FEES", SEE: EXHIBIT: A,
DATED: 10/17/2006, TOTAL PAGES: 14, ALONG WITH
CERTIFICATE OF SERVICE, PAGE: 13, AND PROOF LEGAL MAIL,
DOCUMENT BEING MAILED TO SAID DIVISION, PAGE: 14,
DATED: 10/17/2006.

[4]

[P]ROOF OF OFFICIAL RECORD, AUTHEN-TICATION ALSO "LACK OF RECORD AND OTHER PROOF MATTER, IN ACCORDANCE WITH, FED. R. CIV. PROC. RULE. 44(a)(1),(b),(c).

* * * * * * [P]LAINTIFF "MOTION" FOR JUDGMENT AS A MATTER OF LAW IN JURY TRIAL, THEE MOTION FOR [A] DIRECTED VERDICT AND FOR JUDGMENT NOTWITHSTANDING THE VERDICT, PURSUANT TO, FED. R. CIV. PROC. RULE. 50(a)(b) ALSO BECAUSE IT IS [A] JURY TRIAL RIGHT, FED. R. CIV. PROC. RULE. 38(a)(c) SAID PROCEEDURE IS MANDATED, SAMPLINER -V- MOTION PICTURE PATENTS CO. : - - - -254 US 233-240, 233-234 FACTS, 234-240 (1920).

[J]UDGMENTS., COSTS "; JUDGMENT UPON MULTIPLE CLAIMS OR INVOLVING MULTIPLE PARTIES DEMAND FOR JUDGMENT AND COSTS EXIST, FED. R. CIV. PROC. RULE. 54(a)-(d), EXHIBIT : B, DATED : 3/17/2007., 8 PAGES TOTAL. [F]INALLY, PLAINTIFF MOTION FOR ENTRY OF JUDGMENT, IN ACCORDANCE WITH, FED. R. CIV. PROC. RULE. 58, BOOKS AND RECORDS KEPT BY THE CLERK AND ENTRIES THEREIN, CIVIL DOCKET.

ENCLOSING PLAINTIFF PRAYS FOR THE ENCLOSED MATTER OF LAW AND COURT PROCEEDINGS RULES OF CIVIL PROCEDURES.

[5]

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ON THIS, 6TH MONTH, 15TH DAY, 2007TH YEAR.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley Jr.

JOHN T. PICKERING-GEORGE (FED. ADOPTD) JOHN R. DALEY, JR.

CC/FILE

DATED: 3/17/2007

J.T.P-G (FED. ADOPT.) J.R.D, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX   NY. 10458.

[6]

## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR), OF, 6/15/2007, "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. 07-0899 (RJL), PICKERING-GEORGE V. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES.

[T]O THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001. [C]OURTS CLERK, NANCY MAYER WHITTINGTON, ALSO TO BE "TRANSMITTED" TO THEE, BUREAU OF ALCOHOL, TOBACO, FIREARMS AND EXPLOSIVES, 650 MASSACHUSETTS AVE., N.W.; RM 6100., WASHINGTON, DC. -20226. AND ANY OTHER ADMINISTRATIONS, *******
BECAUSE OF PLANTIFFS' "INDIGENCY", U.S. FEDERAL CONST. AMENDTS. 1,5,14,15 DUE PROCESS + GARUNTEED DUE PROCESS,
ORTWEIN V. SCHWAB: 35 LEd 2d 834-837., BODDIE V. CONNECTICUT: --401 U.S. 371 CONFORMED TO, 329 F. SUPP. 844. THE PRO SE PARTY RECORD FOR EACH PARTY. (BY HAND/BY REGULAR MAIL)

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FED. ADOPT.) John R. Doley Jr

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

CC/FILE
DATED: 6/15/2007
J.T. P-G (FED. ADOPT.) J.R.D, JR.

[7]

<u>CERTIFICATE OF SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
<u>PRO SE</u>, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR),
OF, 6/15/2007, "DID" (MAIL/SERVE) THE ENCLOSED MATTER
IN REGARDS TO, CIVIL ACTION No. 07-0899 (RJL),
<u>PICKERING-GEORGE-V-BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES.</u>

"<u>NOT CONSENTING</u>" TO PROCEED WITH [A] MATTER BEFORE [A]
MAGISTRATE JUDGE FOR ALL PURPOSES, PURSUANT TO,
28 U.S.C. § 636(c)(3).

[T]o, U.S. DEPARTMENT OF JUSTICE, U.S. ATTORNEY, DISTRICT OF
COLUMBIA, JEFFREY A. TAYLOR, DC. BAR #498610,
RUDOLPH CONTRERAS, DC. BAR #434122, AND SHEREAS LOUIS.
JUDICIARY CENTER, 555 4TH STREET, N.W. WASHINGTON, DC.
20001, <u>AND</u> TO ANY OTHER ADMINISTRATIONS, ****** BECAUSE OF
PLAINTIFFS' "<u>INDIGENCY</u>", U.S. FEDERAL CONST. AMEND'TS. 1, 5, <u>14,1,5</u>, DUE
PROCESS + GARUNTEED DUE PROCESS, ORTWEIN-V-SCHWAB: <u>35 LEd 2d 834-837</u>,
BUDDIE-V-CONNECTICUT: <u>401 US. 371</u> CONFORMED TO, <u>329 F. SUPP. 844</u>. THE
<u>PRO SE</u> PARTY RECORD FOR EACH PARTY. (BY HAND/BY REGULAR MAIL)

                              RESPECTFULLY SUBMITTED,

CC/FILE                       <i>John T. Pickering-George (FED. ADOPT.) John R Daley Jr</i>
DATED: 6/15/2007              JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY J
J.T.PG (FED. ADOPT.) J.R.D,JR.  <u>PRO SE</u> / 2726 DECATUR AVE. APT. #3
                    [8]       BRONX NY. 10458

LEGAL MAIL





FROM: JOHN T. PICKERING-GEORGE
(FORMALLY ADOPTED) JOHN R. DALEY, JR.
2926 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 56]

[MAILED OUT ON: 6/17/2007]

TO: COURTS CLERK, NANCY MAYER WHITTINGTON

TO: THE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA,
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001

EXHIBIT: A

TO: THE, BUREAU OF ALCOHAL, TOBACCO AND          DATE: 10/17/0
FIREARMS DIVISION,
WASHINGTON DC., 650 MASSACHUSETTS AVE.,
N.W., WASHINGTON DC. 20226

DIRECTOR: BRADLY A. BUCKELES

TRANSMITT TO: DEPARTMENT OF TREASURY,
      1500 PENNSYLVANIA AVE.,
      N.W., WASHINGTON, D.C. 20220

SECRETARY OF TREASURY: JOHN W. SNOW
      GENERAL COUNSEL: DAVIS AUFHAUSER, ROOM 3000

RE: GUN RESTORATION APPLICATION ISSUE

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
PRO SE
(D.O.B. 12/23/63 ), U.S. VIRGIN ISLANDS, (ST. THOMAS)
18 HINES DALE LANE
WILLINGBORO, N.J. 08046

DATE: 10/17/2006

[NUMBER OF PAGES: 14]

[1]

[N]ow HERE COMES PETITIONER-APPLICANT, AND MOTIONS FOR AN PROSPECTIVE MANDATORY INJUNCTION WITH THE APPLIC-ATION FOR GUN RESTORATION PRIVILAGES TO BE RE-ACTIVATED, PURSUANT TO, 5 U.S.C.A. § 706(2)(A)., 18 U.S.C.A. §§ 921(a)(20) AND 921(a)(33)(ii), 922(g)(1),(o), -924(c)(3), 4042(b),(b)(3)(b)., AND U.S.S.G. §§ 4B1.1, 4B1.2(a).

IN ACCORD WITH THE UNITED STATES SUPREME COURT DECISSION OF STINSON, 508 U.S. at 47, 113 S.Ct. 1913. ALSO IN ACCORD WITH, 27 CFR § 178.142(1982) PARDON OR A CONSENT FROM THE SECRETARY OF THE TREASURY "OPERATE TO RELIEF THE DISSABILITY, ALSO IN ACCORDANCE WITH, THE OMNIBUS ACT, 18 U.S.C.A. §§ 1203(1), 1203(1), 1203(2) AND 925(c),(d)(3),(e)(2) ALSO, WEAPONS LAW: #4, U.S.C.A., PROVISION OF TITLE IV. OF GUN CONTROL ACT AND TITLE VII. OF THE ACT. 18 U.S.C.A. § 925(c),(d)(3),(e)(2), RELIEF FROM FIREARMS DISABILITY IMPOSED,

****** ALSO, PURSUANT TO, U.S. FEDERAL Const. Amends. 1,5,14TH, U.S.C.A. Const. Art. 2 § 2, cl.2, 5 U.S.C.A. § 706(1)., 18 U.S.C.A. §§ 241, 242., 28 U.S.C.A. §§ 1361, 1651(a)

[2]

-50 U.S.C.A. APP. §§ 520, 925 .,

ARTICLE I. U.S.C.A. CONST. ART. 1, § 1.

APPLICATION PETITION FOR GUN RESTORATION, IS STILL NOT a CRIME OF VIOLENCE, BECAUSE OF PRIOR GUN CONVICTIONS, IN ACCORD WITH 28 CFR § 55.58 AND 62 FED. REG. 53690 (OCT. 15, 1997). AS STATED DEFENDANT (PETITIONER) EVENTHOUGH WAS INCARCERATED IN STATE PRISON AND STATE CONVICTIONS OF GUN CHARGES WOULD NOT BE a CRIME OF VIOLENCE. PETITIONERS HABEAS CORPUS

MOTION IN THE UNITED STATES SUPREME COURT DECISSION OF BAILEY-V-UNITED STATES, 116 S.Ct 501 (1995). PETITIONER MOTIONS FOR RELIEF FROM THE FIREARMS DISABILITYES PURSUANT TO, 18 U.S.C.A. §§ 922 (g)(1), 924 (c)(1) ., CRIMINAL LAW:- -1181(2), U.S.C.A. See: TREASURY DEPARTMENT ORDER No. 120-01 (JUNE 1972) SEE -(UPDATED VERSION), ALSO 37 FED. REG. 11696 AND 27 CFR PART 178. AND PURSUANT TO, U.S.S.G §§ 1B1.7, COMMENT, 4B1.1, 4B1.2, 18 USCA, APP., AND CRIMINAL LAW ~~~~~~ -#1202.3(1). THROUGH, A QUT PETITIONERS JOHN T. PICKERING-GEORGE (ADOPED JOHN RALY JR.

[3]

ARREST, AT <u>No</u> TIME DID HE dURING THE
EXECUTION OF THE PoLice OFFiciALS ARREST
WAS HE, EVER BEEN MENTioNED OF ANY "BEHAVIOR
PROBLEMS" OR "RESISTING ARREST", EVENTHough THE
MASSACHUSETTS, COMMWEALTH, CONVICTED HiM of
ASSUSLT AND BATTERY, WiTH A TIME WHicH
WAS SERVED 3 To 4 YEARS. PoLice REPoRT dATED:-
3/3/95 SHoWS defNoant PuT His HANDS ouT
of THE ViHicle AS To SHoW <u>No RESISTANCE</u> OR
beHAVioR PRoblem, WHicH INLiGHT To DEFENDANT,
THERE SHoulD <u>NoT</u> bE ANY <u>GRAVE DouBts</u>
CONCERNiNG VioLent, behAVioR oR RESISTANCE IN
THE PRESENCE OF


PoLice OFFiciALS, WHiLE BEiNG ARMED WiTH a
<u>LiCSENS FiREARMS</u>. PLEASE NoTE THAT IF
PETiTioNER WAS CHARGED BY FEdERAL BuREAU of
INVESTiGATioN WiTH PoSSESSioN OF A FiRE ARMS
WHiLE oR dURiNG DRUG TRAFFicKiNG, BY A FeLoNie,
"<u>STiLL Is NoT</u>" [A] "<u>CRiME OF VioLeNCE</u>" WiTHiN
THE SCoPE OF STATUTE., "ELEMENTS NoR THE
NATURE oF oFFENSE uNDER §§ 841(b)(1) oR 846"
REQuiRiNG FEdERAL PRisoN oFFiciALS To NoTiFY
LoCAL AuTHoRiTiES PRioR To RELEASE OF PRisoNER
CoNViCTED OF CRiME oF VioLENCE PuRSuANT To,


[4]

18 U.S.C.A. §§ 922(g,o), 924(c)(3), 4042(b),(b)(3)(B).
ALSO IN ACCORD WITH PRISON LAW: #15(3), U.S.C.A.,
18 U.S.C.A § 3621(e)(2)(B)., 28 CFR § 550.58.
PLEASE NOTE: THAT BECAUSE THE (BOP) REGULATION
(28 CFR § 550.58) AND 18 U.S.C. § 3621(e)(2)(B)
CONCERN THE OFFENSE OF CONVICTION, IT WOULD BE
WISE TO FOLLOW THE THIRD AND NITH CIRCUITS.,

    TO CONCLUDE THAT THE (BOP) PROGRAM STATEMENT'S
ALLOWENCE OF CONSIVERATION OF FACTORS THAT ARE
NOT PART OF THE OFFENSE OF CONVICTION "IS IN
CONFLICT" WITH THE "PLAIN" LANGUAGE OF THE
STATUTE AND THAT THE (BOP) (BUREAU OF PRISONS)
MAY NOT RELY ON THE SENTENCING ENHANCEMENT
TO DENY ELIGIBILITY FOR THE SENTENCE REDUCTION.
CRIMINAL LAW: #1202.3, U.S.C.A., 18 U.S.C.A § 924(e),

EVEN IF A CONCEALABLE FIREARM, NOT A CRIME OF
VIOLENCE, CRIMINAL LAW: #1030(3), U.S.C.A.,
WEAPONS LAW: #4., 18 U.S.C.A § 924(c) ALSO
PURSUANT TO PETITIONERS, "SIXTH AMENDMENT RIGHTS"
AND (MY/HIS) GUILTY PLEA BARGINS, IT COULD NOT
REALLY BE CONCREAT THAT WAS NOT ANY DEFECT
IN HIS PRIOR CONVICTIONS.

[5]

PURSUANT TO, CRIMINAL LAW: #1202(1), U.S.C.A.,
U.S.C.A. CONST AMEND.6., CRIMINAL LAW: #1144(10),
U.S.C.A. CONST. AMEND. 6., CRIMINAL LAW: #641-12(4),
U.S.C.A., U.S.C.A. CONST. AMEND. 6.,
CRIMINAL LAW: #1186(1), 991, U.S.C.A., WEAPONS LAW: #
4, U.S.C.A.; 18 U.S.C.A. APP. § 1202(a).,
U.S.C.A. CONST. AMEND. 6.

"CONVICTION, WHICH GOVERNMENT ASSERTED AS PROOF
OF PETITIONERS STATUTES AS A CONVICTED FELON,
CONSTITUTIONALLY VOID, etc. IN LIGHT A PERSON
CAN SUCCESSFULLY ATTACK COLLATERALLY A STATE
CONVICTION PURSUANT TO, 28 U.S.C.A. §§ 2253, 2254, 2255.
WHICH PETITIONER DID HIS CONVICTIONS IN THE
COMMONWEALTH OF MASSACHUSETTS.

[T]HERE ARE (NO/ANY) DRUG DEPENDANT OF SAID
PETITIONER, NOR HAS PETITIONER EVER BEEN IN
[A] DRUG RHABILATION PROGRAM OF ANY KIND, SO
THERE IS NO FARE OF RELAPSE. SEE: - - -
LOVELL -V- UNITED STATES DEPT. OF TREASURY:
286 F. SUPP. 571 (W. D. MICH. 1994), SEE:
RONALD C. GRIFFIN OBTAINING RELIEF FROM
FEDERAL FIREARMS DISABILITIES DID CONGRESS
REALLY SUSPEND THE RELIEF AVAILABLE TO

[6]

FELONS THROUGH THE APPROPRIATIONS AtCs?
23 OKLA. CITY U.L. REV. 977 (1998). PLEASE NOTE:
18 U.S.C. § 925(c) REMAINS ON THE BOOKS, OF
CONGRESS AND HAS NOT BEEN, "REPEALED", BY
CONGRESS. ALSO TO BE NOTED, THAT AS THERE IS
A DATABASE TO IDENTIFY SUSPECTED DRUG
TRAFFICKERS, THE (NADDIS) NARCOTICS AND
DANGEROUS INFORMATION SYSTEM, WHICH IS A
WELL KNOW "DATA BASE" BY THE FEDERAL
GOVERNMENT, WHICH REDUCES THE MANPOWER THAT
THE SUSPENDED DISSABILITY Act, THAT CONGRESS
APPLIED. IN THE FEDERAL FIREARMS DISSABILITY Act
PURSUANT TO, 18 U.S.C. § 925(c). SEE: - - -
SEATTLE AUBUBON, 503 U.S. AT 440, 112 S.Ct. 1407,
- PROVISION HAD NOTHING TO DO WITH FUNDING.

AS STATED SUCH A DATA BASE SHALL REDUCE
THE MANPOWER NEEDED TO DO A BACKGROUND CHECK
ON THE INDIVISUAL WHO IS APPLIING FOR SUCH
RELIEF. BY DENNING THE PETITIONER, IN ACCORDANCE
WITH THE, "SUSPENDED RELIEF", BY CONGRESS, IT
ALSO ON THE OTHER HAND COMPLICATES OTHER
ISSUES, EXAMPLE: "FEDERAL CIVIL RIGHTS"
"RESTORATION", SEE: U.S. CONST. ART. I, § 2. cl. 1.
(RIGHTS TO VOTE FOR REPRESENTATIVES).,

[7]

U.S. Const., Amdt. XVII (Right to vote for Senators), 28 U.S.C. § 1865 (Rights to serve on a jury), Consideration of the possible relevance of 18 U.S.C. § 925(c) (1988 ed. Supp. IV.). Which allows the secretary of the treasury to grant relief from the dissability impose by 18 U.S.C. § 922(g). Federal Civil Rights Actions by (Applicant/Petitioner) is another "Mandatory."

Appropriation for, Gun Restoration Privillages pursuant to, 42 U.S.C.A. §§ 1983 to 1984, Defamation of Caractor, which involves, hatred, ridicule, or contempt and slander. Inwhich brings [A] "Defamation Action", "Monetary Awards". Ones restoration Privolalages "must" be restored, in accordance with, 18 U.S.C. § 925(c).,

27 CFR § 178.144(b), (d) which is addressed to the director of the (ATF) Administration. [A] Discovery motion, by said Administration will provide numerous Civil Rights Actions, against the, Massachusetts Department of Corrections, (DOC) in the, U.S. District Court, District of Massachusetts, one court house way, Suites, 2300 and 2566., Boston, MA. 02210,

[8]

COURTS CLERKS, SARAH A. THORNTON, U.S. DIST. COURT, AND RICHARD CUSHING DONOVAN, U.S. COURT OF APPEALS, FOR THE FIRST CIRCUIT. "BIVEN CLAIMS ACTION" AGAINST THE (BOP) FEDERAL BUREAU OF PRISONS, GEORGE -V- WARDEN, et al. NO. 06-2850, U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, 21400 U.S. COURTHOUSE, 601 MARKET STREET, PHILADELPHIA. 19106-1790, IN (90) DAYS [A] UNITED STATES OF AMERICA, SUPREME COURT CERTIORAORI PETITION, WILL BE FILED IN REGADS

TO THE BIVENS CLAIMS. ANOTHER BIVENS CLAIMS AGAINST THE, UNITED STATES MARSHALS SERVICE OF MASSACHUSETTS, BOSTON, "FILED" IN THEE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, 333 U.S. COURT HOUSE, ALSO IN THE, U.S. COURT OF APPEALS, FOR THE DISTRICT OF COLUMBIA CIRCUIT, NO. 05-5464, 05CV01297 AND NO. 05-5465. 05CV01626. AND FINALLY [A] "BIVEN CLAIM ACTION" AGAINST THE, (DEA) UNITED STATES DRUG ENFORCEMENT AGENCY, et al., CIVIL ACTION NO.- H-04-1914; THE, U.S. DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION P.O. BOX 61010 HOUSTON, TEXAS 77208. COURTS CLERK, MICHAEL MILBY.

[9]

[T]HE , [J]URISDICTION'S IN THE CIVIL ACTIONS
"IS BINDING", PURSUANT TO CONGRESS,
[P]ETITIONER [I]s [E]NTITLED TO GUN
RESTORATION PRIVELLAGES, PURSUANT TO,
18 U.S.C. § 925(c), 18 U.S.C.A. § 925(c),
U.S.C.A. CONST. AMEND. 14. (14 §§ 1,5) "GARUNTEED
DUE PROCESS", ▬▬▬▬ ARTICLE I. AND
ARTICLE V.

[P]URSUANT TO, WHICH IS LEGISLATIVE ENACTMENT,
IT IS OVERRIDEN, PURSUANT TO, CONSTITUTIONAL
LAW: #38, AND #38, U.S.C.A., "THE FUNDAMENTAL
AXIOM OF AMERICA LAW, ROOTED IN THE UNITED
STATES HISTORY" THE, REQUIREMENTS OF
CONSTITUTIONAL PREVAIL OVER A STATUTE IN
EVENT OF CONFLICT, U.S. CONST. AMENDTS.
FEDERAL STATUTORY LAW WITH, "AUTHORISATION"
IS DERRIVED FROM THE CONSTITUTION OF THE
UNITED STATES OF AMERICA,
28 U.S.C.A. § 2412(b)(c)(2)(d)(i)(A) - - -
MANDATORY CONSTITUTIONAL TORTS / EQUAL ACCESS TO
JUSTICE Act. )

[10]

****** EVEN WITH NUMEROUS CIVIL RIGHTS ACTIONS, BIVENS CLAIMS, IN THE, U.S. DISTRICT COURTS, PETITIONER-APPLICANT WILL BE ENTITLED TO ."MONETARY AWARDS", CONSTITUTION AUTHORITY, AND STATUTORY AUTHORITY, OF CONGRESS OF THE UNITED STATES OF AMERICA.

THE "COST" OF [A] "BODY GUARD", "FULL TIME", CAN AND WILL BE VERY EXPENSIVE FOR ANY ONE EVEN WITH, "MONETARY AWARDS" FROM NUMEROUS CIVIL RIGHTS ACTIONS AND BIVENS CLAIMS ACTIONS.

REMOVAL OF PROHIBITION: ****** [C]ONGRESS FAILURE TO PROVIDE FUNDING TO BUREAU OF ALCOHOL, TOBACCO AND FIREARMS (ATF) FOR REVIEWING APPLICATION BY CONVICTED FELONES SEEKING RELIEF FROM, DISABILITIES PURSUANT TO THE FIRE ARMS ACT DID NOT SUSPEND, ACT PROVIDING RELIEF FROM FIRE ARMS DISABILITIES, 18 U.S.C.A § 925(c),(d)(3),(e)(2) , SEE: -- BEAN -V- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, C.A. 5 (TEX) 2001, 253 F.3d 234, REHEARING AND REHEARING EN BANC DENIED 273 F.3d 1105, CERT GRANTED 122 S.Ct. 917, 534 U.S. 11112, 151 L.ed.2d 883, REVERSED 123 S.Ct. 584, 537 U.S. 71, 154 L.ed.2d 483 ON REMAND. 322 F.3d 829

[11]

IN CLOSING, PETITIONER PREY FOR THE, RESTORATION OF GUN PRIVELLAGES ENTITLED TO, "PETITIONER-APPLICANT".

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) - JOHN R. DALEY, JR., PRO SE, DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, THAT THE ENCLOSED, APPLICATION - PETITION TO THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS DIVISION, WASHINGTON DC., 650 MASSACHUSETTS AVE. N.W., WASHINGTON DC. 20226 DIRECTOR: BRADLY A. BUCKELES ALSO TO THE, DEPARTMENT OF TREASURY: JOHN W. SNOW, GENERAL COUNSEL: DAVIS AUFHAUSER, ROOM 3000, IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, ON THIS, 10TH MONTH, 17TH DAY, 2006TH YEAR.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FED. ADOPT.) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
18 HINESDALE LANE
WILLING-BORO, N.J. 08046

CC/FILE
DATED: 10/17/06
J.T.P-G (FED ADOPT) J.R.D.JR

[12]

CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) — —
JOHN R. DALEY, JR. PRO SE., HERE BY CERTIFY THAT
ON THE, (MONTH/DATE/YEAR), OF 10/17/2006 "DID"
(MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO,
"GUN RESTORATION APPLICATION" AND "MEMORANDUM OF
LAW", TO THEE, BUREAU OF ALCOHOL, TOBACCO AND
FIRE ARMS DIVISION; WASHINGTON DC.,
650 MASSACHUSETTS AVE, N.W., WASHINGTON DC
20226., DIRECTOR, BRADLY A. BUCKELES, [T]HE,
PRO SE PETITIONER-APPLICANT, RECORD OF THE ENCLOSED
MATTER FOR EACH PARTY WAS MAILED/BY HAND/BY
REGULAR MAIL.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FED. ADOPT.) John R. Daley Jr.
John T. PICKERING-GEORGE (FED. ADOPT.) John R. Daley, JR.

CC/FILE
DATE: 10/17/06                    PRO SE
J.T.P.G. (ADOPT) JR D, JR.        18 HINESDALE LANE
                                  WILLINGBORO, N.J. 08046

[13]

FROM: John T. Pickering-George
(FBO-#0471) John R. Daley, Jr
18 Hinesdale Lane
Willingboro, N.J. 08046

[NUMBER OF PAGES: 14]
[MAILED OUT ON 10/17/2006]

# LEGAL MAIL

TO: Bradly A. Buckeles
Bureau of Alcohol, Tobacco and
Fire Arms Division,
Washington DC., 650 Massachusetts Ave.,
N.W., Washington DC. 20226

EXHIBIT: B

To: THE, U.S. DISTRICT COURT,                    DATE: 3/17/2007
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001

To: COURTS CLERK, NANCY MAYER WHITTINGTON

RE: FAILURE TO RESPOND, TO PETITIONERS, PETITION FOR,
"GUN RESTORATION PREVILAGES", U.S. FEDERAL CONST. AMENDTS.1,5,14,15
U.S. FEDERAL CONST. ART. I, §8,cl.1., U.S. FED. CONST. ART. I, §9,cl.7,
18 U.S.C.A. §§ 2412, 2414 ., 18 U.S.C.A. §§925(c)(d)(3)(4)(e)(2) ., 925A(2).
5 U.S.C.A. § 552(a)(4)(E)

TRANSMITT    To: BUREAU OF ALCOHOL, TOBACO FIREARMS AND EXPLOSIVES
650 MASSACHUSETTS AVE., N.W., ROOM 6100.,
WASHINGTON, DC.20226

To: DIRECTOR: CARL J. TRUSCOTT.

TRANSMITT To: U.S. DEPARTMENT OF JUSTICE
ATTORNEY GENERAL
950 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC. 20530.

[1]                    [NUMBER OF PAGES: 8 ]

TRANSMITT To: DEPARTMENT OF TREASURY

AND THE TORT BRANCH, CIVIL DIVISION

1500 PENNSYLVANIA AVE. N.W.

WASHINGTON, D.C. 20220.


FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX, NY 10458


[N]OW HERE COMES, (PLAINTIFF-PETITIONER),

JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,

(D.O.B. -12/23/63), UNITED STATES VIRGIN ISLANDS,

CHARLOTTE AMALIE, ST. THOMAS. PRO SE AND "MOTIONS"

TO THE COURT, IN REGARDS TO, GOVERNMENT NOT

RESPONDING TO, (PLAINTIFF-PETITIONER) PETITION


FOR GUN RESTORATION PRIVELAGES, PURSUANT TO, *******

U.S. FEDERAL CONST. AMENDTS. 1, 5, 14, 15.,  .  .  .  .  .  .

U.S. FEDERAL CONST. ART. I, §8, cl.1.,  .  .  .  .  .  .

U.S. FEDERAL CONST. ART. I, §9, cl. 7., 28 U.S.C.A. §§ 2412, 2414.,

18 U.S.C.A. §§925(c)(d)(3),(4)(e)(2), 5 U.S.C.A. § 552 (a)(4)(e)


[2]

****** [P]URSUANT TO, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5 ·,
GOVERNMENT SHALL NOT ABRIDGE OR SUPPRESS SPEECH, LIBERTY
INTREST, "DUE PROCESS, GARUNTEED DUE PROCESS" "CONSTITUTIONAL
RIGHTS", SUPPRESSION OF SPEECH, REGULATION MUST BE NARROWLY
TAILORED TO SERVE SIGNIFICANT GOVERNMENTAL INTEREST
AND· LEAVE OPEN AMPLE ALTERNATIVE FOR COMMUNICATION
OF INFORMATION,

U.S. FEDERAL CONST. AMENDT. 1., 28 U.S.C.A. §§ 1331, 1367(a)·,
18 U.S.C.A. §§ 241, 242, 925, 925A "UNDER COLOR OF LAW",
5 U.S.C.A. § 552(a)(4)(E) (FOIA) FREEDOM OF INFORMATION ACT,
PLAINTIFF-PETITIONER "DID NOT", RECEIVE ANY RESPONSE, (90 DAYS)
AFTER "FILING" [A] PETITION TO (ATF) FOR GUN RESTORATION
PREVILAGES, 5 U.S.C.A. § 552(a)(4)(E) (FOIA) FREEDOM OF INFORMATION
ACT·, NEVER RECEIVED ANY "RESPONSE, STATUS" ******
CROOKER-V-UNITED STATES DEPT· OF TREASURY: 663 F.2d 140 (1980) 141-
-142, PRO SE PLAINTIFF-PETITIONER "MOTIONS" FOR "ATTORNEY
FEES" FOR FAILURE TO RESPOND, FOR THE SUM OF, $50,000.
FIFTY THOUSAND DOLLARS,

****** "MANDATED", BECAUSE "THE FEDERAL GOVERNMENT AND
ITS AGENCIES" ARE NOT IMMUNE FROM SUIT PURSUANT TO,
U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5 ·, U.S.C.A. CONST. AMENDS.,
LYNCH -V- UNITED STATES: 292 U.S. 571-589, 571-572 "INDEX",
CONCLUSION: 589 -

[3]

AND   SABRI -V- UNITED  STATES : 541 U.S. 600-610, 600-602, 602-610,
CONCLUSION: 608-610 , U.S. FEDERAL CONST. ART. I, § 8, cl. 1.,
U.S. FEDERAL  CONST. ART. I, § 8, cl. 18., U.S.C.A. CONST. AMEND Act.,

******* "PUBLIC MONEYS", U.S. FEDERAL CONST. ART. I, § 8, cl. 1,
"APPROPRIATIONS  CLAUSE", U.S. FEDERAL CONST. ART. I, § 9, cl. 7,
U.S.C.A. CONST. AMEND. ART.  AND  28 U.S.C.A. §§ 2412, 2414.
[B]Y  NOT  RESPONDING,  IN REGARDS  TO  [A]  PETITIONERS,
PETITION  TO  THEE,  BUREAU  OF  ALCOHOL,  TOBACO  FIREARMS
AND   EXPLOSIVES,  (BATFE),  ILLINIOS -V- ABBITT + ASSOCIATES
- INC: 75 Led 2d 281-923, 281-282 "SUMMARY" APPLIES
TO  SUIT  AGAINST  OTHER  OFFICIALS, . . . .

NATHAN -V- ATTORNEY  GENERAL  OF  UNITED  STATES : - - -
557 F. SUPP. 1186 (1983) AT #1187-1190, CONCLUSION: 1190 -
- 1191, ATTORNEY  GENERAL  REFUSAL  TO  INVESTIGATE,
TO  FORCE,  ATTORNEY  GENERAL  TO  CARRY  OUT  HIS
STATUTORY  DUTIES  IN  GOVERNMENT  ACT. "ETHICS
IN  GOVERNMENTAL  ACTS", . . . . .
IN  RE  CERTAIN  COMPLAINS  UNDER  INVESTIGATION: - - -
783 F.2d 1488, 1505-1515, 1515-1516 (C.A.11, 1986),
CONCLUSION: 1525-1526.

[4]

\* \* \* \* \* \* \* THE GOVERNMENT HAS THE RESPONSIBILITY, SPECIAL RESPONSIBILITY TO ENSURE THE INTEGRATY OF CIVIL + CRIMINAL "PROCESS" BY LIVING UP TO THE "CODE OF PROFESSIONAL ETHICS" AND "FAIR PLAY" AT "ALL TIMES". "MANDATORY INJUNCTION AFFIRMATIVE INJUNCTION, "GOVERNMENT PROPRITY CAPACITY", PURSUANT TO, U.S. FEDERAL CONST. ART. 3, § 1 CONGRESS SUIT AGAINST THE STATE, U.S. FEDERAL CONST. ART. I., §8 cl. 18 "SWEEPING CLAUSE".

\* \* \* \* \* \* DENIAL OF ACCESS TO THE COURT VIOLATION BY NOT RESPONDING PURSUANT TO, U.S. FEDERAL CONST. ART. 4, § 2, cl. 1, . . . . . . U.S. FEDERAL CONST. AMENDTS. 1, 5, 14, 1, 5 . GOVERNMENT IS NOT IMMUNE FROM SUIT. "CONSTITUTIONAL CLAIMS", ANY ACT OF CONGRESS OR ANY REGULATION OF EXECUTIVE DEPARTMENT CONGRESS WAIVED SOVERIGN IMMUNITY, THE FEDERAL GOVERNMENT DEFENSE, . . . . . . . UNITED STATES -V- MITCHEL : 463 U.S. 206, 212-218 (1983) AND BOWEN -V- MASSACHUSETTS : 487 U.S. 879, 891 -892 .

[5]

ENCLOSING PLAINTIFF-APPELLANT PRAYS FOR THE ENCLOSED
MEMORANDUM OF LAW TO BE GANTED AND THE
DISBURSMENT OF MONETARY DEMAND, PURSUANT TO THE
MANDATED AUTHORITY IN ACCORDANCE WITH THE
MEMORANDUM OF LAW.

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY
THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley Jr.

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.

cc/FILE

DATED: 3/17/2007                    PRO SE

J.T.P.G (FED. ADOPT.) J.R.D, JR.    2726 DECATUR AVE. APT. #3

BRONX NY. 10458

[6]

<u>CERTIFICATE  OF  SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,

<u>PRO</u>  <u>SE</u>, HEREBY  CERTIFY  THAT  ON  THE, (MONTH/DATE/YEAR),

OF, <u>3RD</u> MONTH, <u>17TH</u> DAY, <u>2007</u>TH YEAR. "DID" (MAIL/SERVE) THE

ENCLOSED  MATTER  IN  REGARDS  TO,  FAILURE  TO  RESPOND,

TO  PETITIONERS,  PETITION  FOR  "<u>GUN  RESTORATION  PREVILAGES</u>".

[T]o  THE,  U.S. DISTRICT COURT, FOR  THE  DISTRICT  OF  COLUMBIA,

333  CONSTITUTION  AVENUE,  N.W.  WASHINGTON, DC. 20001,

COURTS  CLERK  NANCY  MAYER  WHITTINGTON  <u>AND</u>  TO

BE  "<u>TRANSMITTED</u>".  TO  THEE,  BUREAU  OF  ALCOHOL, TOBACO  FIREARMS

AND  EXPLOSIVES,  650  MASSACHUSETTS  AVE., N.W.,  ROOM 6100.,

WASHINGTON,  DC. 20226.  <u>AND</u>  ANY  OTHER  ADMINISTRATIONS,

* * * * * *  BECAUSE  OF  PLAINTIFF-PETITIONERS  "<u>INDIGENCY</u>",

U.S. FEDERAL  CONST. AMENDTS. 1, 5, <u>14.1.5</u>  DUE PROCESS + GARUNTEED

DUE  PROCESS {14}{1,5},{14}5},  ORTWEIN-V-SCHWAB: <u>35 Led 2d 834-837.</u>

BODDIE-V-CONNECTICUT: <u>401 U.S. 371</u>  CONFORMED TO, <u>329 F. SUPP 844</u>. THE

PRO  SE  PARTY  RECORD  FOR  EACH  PARTY. (BY HAND/BY REGULAR MAIL).

RESPECTFULLY  SUBMITTED,

John T. Pickering-George (FED. ADOPT.) John R. Daley Jr.

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY:

cc/FILE

DATED: 3/17/07                              <u>PRO  SE</u>

J. T. P-G (FED. ADOPT.) J.R.D, JR,          2726  DECATUR  AVE- APT. #3

                                            BRONX  NY. 10458

[7]

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX NY 10458

[NUMBER OF PAGES: 8 ]

[MAILED OUT ON: 3/17/2007 ]

# LEGAL MAIL

TO: THE, U.S. DISTRICT COURT,
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

TO: COURTS CLERK, NANCY MAYER WHITTINGTON


