TO: THE U.S. DISTRICT COURT,     DATE: 7/20/2007
FOR THE DISTRICT OF COLUMBIA,
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

TO: COURTS CLERK, NANCY MAYER WHITTINGTON

RE: CIVIL ACTION No. 07-0899 (RJL)
"OPPOSITION, OBJECTION" TO DEFENDANTS MOTION TO,
DISMISS COMPLAINT.

JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
        (PLAINTIFF)
  V.
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES, (DIRECTOR: CARL J. TRUSCOTT)
        (DEFENDANT)

TRANSMITT TO: SHELLY VANNEMAN, ESQ.
  ATF AND EXPLOSIVES.
U.S. DEPT. OF JUSTICE
WASHINGTON DC. 20226

**RECEIVED**
AUG - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[NUMBER OF PAGES: 12]
["EXHIBITS WILL BE FORWARDED"]

[1]

TRANSMITT TO: OFFICE OF INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS + CIVIL LIBERTIES COMPLAINTS
950 PENNSYVANIA AVENUE., N.W, RMS.: 3500 + 4322
WASHINGTON, D.C. 20535

TRANSMITT TO: ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVENUE., N.W
WASHINGTON, DC. 20530

TRANSMITT TO: JEFEREY A. TAYLOR — U.S. ATTORNEY

RUDOLPH. CONTRERAS — ASST. U.S. ATTORNEY

SHEREASE LOUIS
SPECIAL ASST. U.S. ATTORNEY
U.S. ATTORNEYS OFFICE, CIVIL DIVISION
555 4TH STREET, N.W.,
WASHINGTON, DC. 20530

TRANSMITT TO: DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE., ROOM 3000
N.W., WASHINGTON, DC. 20220

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458.

[2]

[N]OW HERE COMES, PLAINTIFF, JOHN T. PICKERING-GEORGE (FED.ADOPT.) JOHN R. DALEY, JR., PRO SE, "WITH MOTION", "IN OBJECTION, AND OPPOSITION" TO THEE, DEFENDANTS MOTION TO DISMISS COMPLAINT.

\*\*\*\*\*\* "OPPOSITION, OBJECTION", THE DEFENDANT ONLY SUBMITTED UPON THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, EXHIBIT: A, DATED: 10/17/2006 "14 PAGES TOTAL", THE EXHIBIT, A REVEALS THAT PLAINTIFF REQUESTING FOR GUN RESTORATION APPLICATION, UPON SUCH REQUEST, DEFENDANTS ADMINISTRATION "MUST" PROVIDE ALL PROPER FORMS IN REGARDS TO PLAINTIFFS REQUEST. DEFENDANT NEVER RESPONDED TO, PLAINTIFFS APPLICATION, EXHIBIT: A, DATED: 10/17/2006, (PAGES: 12, 13, AND 14) PROVIDE PROOF OF SUCH APPLICATION TO DEFENDANT'S ADMINISTRATION. \*\*\*\*\*\* PAGE: 14, PROVIDING ADDED, ENHANCED PROOF.

THE "OPPOSITION, OBJECTION" IS EXTENDED TO THE DEFENDANT MOTION TO DISMISS ACTION, FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED. FRCP. RULE: 12(b)(1) AND (6). EXHIBIT: A, DATED: 10/17/2006, 14 PAGES TOTAL PROVIDES SUBJECT MATTER JURISDICTION AS WELL AS, "PLEA TO JURISDICTIONS, CERTIFICATES CONFORMING TO THE, "EXACT STATUTORY LANGUAGE" NO MORE CLOSELY THAN THE "CERTIFICATE" IN THE PRESENT CASE AT HAND . . . . . .

[3]

..., EXHIBIT: A, DATED: 10/17/2006, 14 PAGES TOTAL HAVE BEEN TREATED BY THE SUPREME COURT OF THE UNITED STATES AS "SUFFICIENT", IN REGARDS TO SUBJECT MATTER JURISDICTIONS, EBERLY -V- MOORE: 16 LEd 612-614, AND RITCHIE -V- McMULLEN: 40 LEd 133-136, PAGE: 11, EXHIBIT: A ENHANCES JURISDICTION, IN PLANTIFF'S COMPLAINT AND APPLICATION, 18 U.S.C.A. § 925(c),(d)(3),(e)(2),

BEAN -V- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, (C.A.S.(TEX) 2001: 253 F.3d 234 REHEARING AND REHEARING EN BANC DENIED 273 F.3d 1105 CERT GRANTED 534 U.S. 1112 REVERSED 537 U.S. 71 ON REMAND: 322 F.3d 829, * * * * * * * ....
18 U.S.C.A. §§ 925(c)(d)(3),(e)(2), 925A(2) REMAINS ON THE BOOKS OF CONGRESS AND HAS NOT BEEN, "REPEALED" BY CONGRESS, SEATTLE AUBUBON: 503 US AT 440 PAGE: 7, EXHIBIT: A. [A] COMPLETE REVIEW OF PLAINTIFF'S ORIGINAL APPLICATION PROVIDES, SUBJECT MATTER JURISDICTIONS.

* * * * * * * SEE: RESPONSE BY, PHILIP A. AWE, ACTING CHIEF, FIREARM ENFORCEMENT BRANCH FILED: 7/16/2007, (2) SECOND PARAGRAPH IN REGARDS TO POSSIBILITY OF SUBMITTING [A] PETITION, APPLICATION TO THE (ATF)., AS STATED PRIOR EXHIBIT: A, PAGES: 12,13,14 PROVIDES PROOF IN PLAINTIFF'S FAVOR. DEFENDANTS MOTION MUST BE DENIED, IN ACCORDANCE WITH, ....

[4]

..."DIRECT EVIDENCE", "MATERIAL EVIDENCE",
EX PARTE UPPERCU: 239 U.S. 435-441, 435-438 FACTS,-
-ARGUMENTS, 438-441.,
PALMER -V- HOFFMAN: 318 U.S. 109-120, 109-110 "FACTS" (1943),
SHEPPARD -V- UNITED STATES: 290 U.S. 96 (1933) 96-106, AND
UNITED STATES -V- YELLOW CAB. ET AL.: 338 U.S. 338-342.

\*\*\*\*\*\*\* THE COMPLETE EXHIBITS: A THROUGH C
PROVIDES "FACT OF LAW" AGAINST DEFENDANTS,
GOOSBY -V- OSSER: 35 L Ed 2d 36-45 TRUTH OF
ALLEGATIONS.

\*\*\*\*\*\*\* PLAINTIFF, "MOTIONS" FOR SUMMARY JUDGMENT
PURSUANT TO, FRCP. RULES: 50(a)(b), 54(a)-(d), 56(c)(e),
SAMPLINER -V- MOTION PICTURE PATENTS CO: ---
- 254 U.S. 233-240, 233-234 FACTS, 234-240 (1920).,
AND ANDERSON -V- LIBERTY LOBBY, INC.: ---
- 477 U.S. 242, 247-257, DEFENDANTS MOTION FOR
SUMMARY JUDGMENT MUST BE DENIED.

\*\*\*\*\*\*\* DEFENDANTS, STATEMENT OF MATERIAL FACTS
NOT IN GENUINE DISPUTE, Pg 4 OF 26 THROUGH 6 OF 26
PLAINTIFF'S RESPONSE TO SAID DISPUTE, EXHIBIT: A,
DATED: 10/17/2006, (14 PAGES), EXHIBIT: C BY
PHILIP A. AWE, ACTING CHIEF, FIREARM ENFORCEMENT
BRANCH FILED: 7/16/2007 (2) PAGE TOTAL PROVIDE
RELIEF FROM DEFENDANTS MOTION. THE JURISDICTIONS
IN PLAINTIFF'S PETITION, NONE HAVE BEEN REPEALED
BY CONGRESS. AND GUILTY PLEA BY PLAINTIFF
IN PRIOR STATE CONVICTIONS IN MASSACHUSETTS
CANNOT BE ENHANCED FOR DENIAL OF GUN
RESTORATION PRIVILEGES, SEE: EXHIBIT: A

[5]

\*\*\*\*\*\*\* DOCTRINE OF SOVEREIGN IMMUNITY CLAIM BY DEFENDANT MUST BE DENIED, "FEDERAL GOVERNMENT AND ITS AGENCIES" ARE NOT IMMUNE, LYNCH -V- UNITED STATES: 292 U.S. 571-589, 571-572 "INDEX", CONCLUSION: 589., UNITED STATES -V- MITCHEL: --- 463 U.S. 206, 212-218 (1983)., KING -V- UNITED STATES: --: 99 U.S. 229-234., SABRI -V- UNITED STATES: --- -: 541 U.S. 600, 600-602 "INDEX", 602-610, CONCLUSION: 608- -610.

\*\*\*\*\*\*\* PLAINTIFF HAS ADDRESSED ALL ISSUES IN REGARDS TO, DEFENDANTS CLAIM OF FAILURE TO STATE [A] CLAIM PURSUANT TO, 18 U.S.C. § 922, SEE: EXHIBIT: A PAGES: 2-6., PROOF OF DOCUMENTATION. \*\*\*\*\*\*\* EXHIBIT: D, PROVIDES, PLAINTIFF'S "MITTIMUS" AND "HABEAS CORPUS PETITION REVIEW" STATE CRIMINAL CONVICTIONS"

\*\*\*\*\*\*\* PLAINTIFF'S CLAIM IN ACCORDANCE WITH, (FOIA) FREEDOM OF INFORMATION ACT HAS BEEN ADDRESSED, EXHIBIT: B, DATED: 3/17/2007, 8 PAGES TOTAL. SEE: PAGES: 1-6. DEFENDANTS CLAIM OF FAILURE TO STATE A CLAIM UNDER THE (FOIA) MUST BE DENIED.

\*\*\*\*\*\*\* DEFENDANTS CLAIM, THAT PLAINTIFF FAILED TO FILE AN ADMINISTRATIVE APPEAL. UPON REQUEST FOR GUN RESTORATION PRIVILEGES TO THE GOVERNMENTS ADMINISTRATIONS, SEE: --- -EXHIBIT: A PAGE (1), PLAINTIFF'S HEADING, "TRANSMITT TO" DEFINED AS TRANSMITT

[6]

THE APPLICATION TO ALL ADMINISTRATIONS PERTAINING TO THE ADMINISTRATIVE REMEDY, APPEALS PERTAINING TO RESTORATION PRIVILAGES, (GENERAL COUNSEL) DEFENDANTS CLAIM MUST BE DENIED, EXHIBIT: <u>B</u>, REVEALS JURISDICTION<u>S</u>--SUBJECT MATTER.

\*\*\*\*\*\*\* DEFENDANTS CLAIM, THAT PLAINTIFF'S CONSTITUTIONAL CLAIM MUST BE DISMISSED SHALL BE DENIED, EXHIBIT: <u>B</u>, DATED: 3/17/2007, PAGE: 5, <u>ALSO</u> DUE PROCESS WAS VIOLATED WHEN DEFENDANTS "<u>NEVER, REFUSED</u>" TO RESPOND TO PLAINTIFF'S APPLICATION, <u>DENIAL OF ACCESS TO THE COURTS</u>, U.S. FEDERAL CONST. AMEND†<u>S</u>. Art. 4, §2, cl.1, U.S. FEDERAL CONST. AMEND†<u>S</u>. 1, 5, <u>14.1,5</u>. IMMUNITIES FROM ANY "<u>WEAPONS CHARGES</u>", GUN CHARGES, ARMED CAREER CRIMINAL, RECIDIVIST ENHANCEMENTS, BY FEDERAL OR STATE ADMINISTRATIONS, AGENCIES, OFFICIALS, "<u>MUST BE AN ACQUITAL</u>". TOT-V-UNITED STATES:-: <u>63 S.Ct. 1241-1247</u> (1943)., BAILEY-V-UNITED STATES:---: <u>116 S.Ct 501</u> (1995)., U.S. FEDERAL CONST. AMEND†<u>S</u>. 5, 6, <u>14.1,5</u>. \*\*\*\*\*\*\* (3) THREE TRIALS, JURY OF ONES PAIRS, FOR [A] PROSECUTION IN ARM CAREER CRIMINAL, NOT GUILTY PLEA CONVICTIONS, PURSUANT TO, 18 U.S.C.A. § 925A(1)-(2) EXCEPTIONS RELIEF FROM DISABILITIES, OF GUN POSSESSION PRIVALIGES., 18 U.S.C.A. § 926(a)-(c) RULES AND REGULATIONS, FOR GUN PRIVILAGES RESTORED.

[7]

\*\*\*\*\*\* DEFENDANTS CLAIM THAT PLAINT IS NOT ENTITLED TO MONETARY DAMAGES, MUST BE DENIED, PURSUANT TO, CONSTITUTIONAL AUTHORITY PROVISIONS, STATUTORY AUTHORITY PROVISION'S, EXHIBIT: <u>A</u> + <u>B</u>, DATED: 10/17/2006 + 3/17/2007 ADDRESSES DEFENDANTS, FRCP. RULE. 12(b)(1) CLAIM.

\*\*\*\*\*\* [P]LAINTIFF "<u>MUST MOTION</u>", PURSUANT TO, FRCP. RULE<u>S</u>. 50(a)(b), 54(b), 56(c)(e), 58, 59(b,e), 62(b)

JUDGMENT PURSUANT TO LAW, 28 U.S.C. §§ 1961, 2415., 5 U.S.C.A. § 552(a)(4)(E).,
CROOKER -V- UNITED STATES DEPT. OF TREASURY: --- - 663 F.2d 140 (1980) <u>141-142</u>.

\*\*\*\*\*\* DEFENDANT CLAIM THAT PLAINTIFF'S REQUEST FOR ATTORNEY FEES MUST FAIL, MUST ALSO BE DENIED, PURSUANT TO, 5 U.S.C.A. § 552(a)(4)(E)., U.S. COURT OF APPEALS, CIRCUIT COURT FOUNDATION CASE LAW SHEADS LIGHT, WITHIN MEANING OF ATTORNEY FEES, FOR [A] <u>PRO SE</u> PARTY, CROOKER -V- U.S. DEPARTMENT OF TREASURY: --- - 663 F.2d 140 (1980) <u>141-142</u>, "ATTORNEY <u>FEES</u>", "<u>COUNSEL FEES</u>", "<u>COST</u>", "<u>LEGAL REPRESENTATIVE</u>",

<u>PRO SE</u>, PROCEEDINGS "<u>MANDATED</u>" PURSUANT TO, U.S. FEDERAL CONST. AMENDT<u>S</u>. 1, <u>14.1,5</u>.,
U.S.C.A. CONST. AMENDS. 1, <u>14.1,5</u>.,
BIRD -V- ARIZONA: <u>27 L.ed 2d 953-970, 953-954</u> "INDEX",
BRIGGS -V- WALKER: <u>171 U.S. 466-474</u>, CONCLUSION: <u>472--474</u> AND HUBBARD -V- TOD: <u>174 U.S. 474-494</u>, 494 "FACTS" - CONCLUSION: <u>493-494</u>. - - · · · · · · · ·

[8]

\* \* \* \* \* \* \* "FAIRNESS DOCTRINE", PURSUANT TO EQUAL PROTECTION OF LAW OF THE FOURTEENTH AMENDMENT, ARBITRARY AND DISCRIMINITORY APPLICATION, "VAGUE STATUTE", ASHTON -V- KENTUCKY: 16 LEd 2d 1231-1245, 1231 "INDEX", -1232-1242., CRAIG -V- BOREN: - - - - 50 LEd 2d 902-912, 903 INDEX §§ 3-8, ¶ 6,

U.S. FEDERAL Const. ARt. 3, § 1 et seq., PERSON FACED WITH AN UNCONSTITUTIONAL LICENSING LAW WHICH PUPPORTS TO REQUIRE A LISCENSE AS [A] PREPREQUISITE TO EXERCISE OF RIGHT OF FREE EXPRESSION MAY IGNORE THE LAW AND ENGAGE WITH IMPURITY IN EXERCISE OF SUCH RIGHT, U.S. FEDERAL Const. AMENDt. 1., U.S.C.A. Const. AMEND. 1.

FINALLY FEES AND COSTS ARE "MANDATED" PURSUANT TO, U.S. FEDERAL Const. AMENDts. 1, 5, 14.1, 5., U.S.C.A. Const. AMENDs. 1, 5, 14.1, 5. "PUBLIC MONEYS", "SPENDING CLAUSE", U.S. FEDERAL Const. ARt. I, § 8, cl. 1., KING -V- UNITED STATES: 99 U.S. 229-234., AND - - - ~~██ ██████ ████████ ██████ ███████~~ - SABRI -V- UNITED STATES: 541 U.S. 600, 600-602 "INDEX" 602-610, CONCLUSION: 608-610.., U.S. FEDERAL Const. ARt. I, § 9, cl. 7.,

"APPROPRIATION CLAUSE": 110 LEd 2d 773-784, 774 "INDEX", CONCLUSION: 783-784. CONCLUSION: PLAINTIFF "MOTIONS", "MOVES" FOR JUDGMENT AS [A] MATTER OF LAW, FRCP. RULES. 50(a)(b), 54(b), 56(c)(e), 58, 59(b,e), 62(b).

[9]

ENCLOSING PLAINTIFF' PRAYS FOR THE, ENCLOSED MEMORANDUM, IN REGARDS TO, "OBJECTION, OPPOSITION" OF DEFENDANTS MOTION TO DISMISS, PLAINTIFFS COMPLAINT BE GRANTED IN PLAINTIFFS FAVOR PURSUANT TO THE MANDATED AUTHORITY IN ACCORDANCE WITH THE MEMORANDUM OF LAW.

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAIRS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

CC | FILE
DATED: 3/17/2007
J.T.P-G (FED. ADOPT.) J.R.D, JR.

RESPECTFULLY SUBMITTED,
*John T. Pickering-George* (FEDERALLY ADOPTED) *John R. Daley, Jr.*
JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458

[10]

# CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR), OF, 7TH MONTH, 20TH DAY, 2007TH YEAR. "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, "OPPOSITION, OBJECTION" TO DEFENDANTS MOTION TO, DISMISS COMPLAINT, CIVIL ACTION NO. 07-0899(RJL)

PICKERING-GEORGE -V- BUREAU OF, ATF + EXPLOSIVES.

"DID" (MAIL/SERVE) TO, U.S. DISTRICT COURT, DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, DC. 20001. COURTS CLERK,..... - NANCY MAYER WHITTINGTON. ******* AND TO BE TRANSMITTED, "COPIES" TO ALL OTHER ADMINISTRATIONS, AGENCIES, DEPARTMENTS, BECAUSE OF PLAINTIFFS "INDIGENCY." U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5, DUE PROCESS, GARUNTEED DUE PROCESS, ORTWEIN -V- SCHWAB : 35 L Ed 2d 834-837. PRO SE PARTY RECORD FOR EACH PARTY. (BY HAND/BY REGULAR MAIL)

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FED ADOPT.) John R. Daley, Jr
JOHN T. PICKERING-GEORGE (FED ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

CC/FILE
DATED: 7/20/2007
J.T.P-G.(FED ADOPT.) J.R.D, JR..

[11]

# LEGAL MAIL

FROM: JOHN T. PICKERING-GEORGE
(FORMALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE., APT. #3
BRONX, NY 104 58

[NUMBER OF PAGES: 12]

[MAILED OUT ON: 7/31/2007]

TO: COURTS CLERK, NANCY MAHER WHITTINGTON
TO: U.S. DISTRICT COURT,
FOR THE DISTRICT OF COLUMBIA,
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC, 20001