# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN T. PICKERING-GEORGE** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-899 (RJL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS AND EXPLOSIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney John G. Interrante, and remove the appearance of Special Assistant United States

Attorney Sherease Pratt, as counsel for the Defendant in the above-captioned case.

      /s/

JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th  day of December, 2007, I caused a copy of the foregoing

Notice of Substitution to be served by First-Class mail, postage prepaid, on:


       John T. Pickering-George (<u>pro se</u>)
       2726 Decatur Avenue
       Apartment 3
       Bronx, NY 10458


                     \_\_\_\_\_/s/_____
                     JOHN G. INTERRANTE
                     Assistant United States Attorney
                     Civil Division
                     555 4th Street, N.W.
                     Washington, D.C. 20530
                     (202) 514-7220
                     (202) 514-8780 (fax)
                     John.Interrante@usdoj.gov