UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN T. PICKERING-GEORGE, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-0899 (RJL)
)
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES, )
)
Defendant. )

## ORDER

Plaintiff moves for reconsideration of the Order filed February 22, 2008, dismissing the case. He also indicates that he is appealing the ruling. Because the pending motion was filed more than ten days from entry of the final order, it is considered filed pursuant to Fed R. Civ. P. 60(b). Motions for reconsideration of final orders are committed to the sound discretion of the trial court to grant or deny. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Id.* (citations and quotation marks omitted). The pending motion presents no grounds for relief under Fed R. Civ. P. 60. Accordingly, it is this 2nd day of May 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 17] is **DENIED**; and it is

FURTHER ORDERED that the Clerk docket the motion also as plaintiff's notice of appeal.

RICHARD J. LEON
United States District Judge